# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 171 MAL 2014
:
                Respondent      :
                          : Petition for Allowance of Appeal from the
                          : Order of the Superior Court
        v.                  :
:
:
:
JESUS M. GARCIA,             :
:
                Petitioner       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.